### MONROE ET UX. v. MAPLES ET AL.

Husband and wife cannot join in an action for an injury done to the husband.

ACTION of the case, declaring that the defendants conspired together and caused the plaintiffs to be prosecuted falsely and maliciously, for aiding and assisting one Valet to commit an assault and rape upon the body of M. Maples, etc. etc. whereby they were put to great trouble, vexation and cost, to their damage £560.

Plea in abatement — That husband and wife cannot join in an action for an injury done to the husband as well as the wife, but for that he must have an action by himself.

Judgment — Plea in abatement sufficient.